UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| TAMARA MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 2:13-CV-0071-HEA |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The above styled and numbered case was filed on July 30, 2013, and randomly assigned to the Honorable Henry E. Autrey, United States District Judge.

However, a review of this case indicates that this case was opened incorrectly. The case should have been assigned to the Court's Eastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Eastern Division and randomly assigned to the Honorable Audrey G. Fleissig, United States District Judge under cause number 4:13-CV-1477-AGF.

**IT IS FURTHER ORDERED** that cause number 2:13-CV-0071-HEA be administratively closed.

JAMES G. WOODWARD,Clerk of Court

By: /s/ Michele Crayton, Deputy In Charge

Dated this 31st day of July, 2013.

**In all future filings please use the following cause number:4:13-CV-1477-AGF**